## ELY BOND
### v.
## JACOB SMITH

### 1811

### Journal Entries

1. Liability confessed; judgment . . . . . *Journal, infra,* *p. 347

### Papers in S. C. File

1. Copy of district court record . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . . .

### Papers in D. C. File
### [None]